Exhibit C







